# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3196

_____

Janice M. Henderson

*Plaintiff - Appellant*

v.

Cypress Media, Inc., doing business as Kansas City Star

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: April 4, 2013
Filed: April 25, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Janice Henderson appeals the district court's[1] dismissal of her complaint asserting various claims against her former employer, Cypress Media, Inc. The

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

district court dismissed her complaint for failure to state a claim. Upon careful review, we conclude that the district court did not err in dismissing Henderson's complaint, *see Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (de novo review of dismissal for failure to state claim), and we additionally conclude that the district court did not abuse its discretion in denying her motion for appointment of counsel, *see Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996) (trial court has broad discretion to decide whether both plaintiff and court will benefit from appointment of counsel); *Rayes v. Johnson*, 969 F.2d 700, 702 (8th Cir. 1992) (civil litigant has no constitutional or statutory right to court-appointed attorney). We thus affirm. *See* 8th Cir. R. 47B.

_____